# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

See Attached

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

## DEFENDANT - U.S

MEGAN HALL-GREENBERG

DISTRICT COURT NUMBER
4:26-cr-00427 AMO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): David Ward & Ivana Djak

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT

Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: 9/3/2026 9:00am

Before Judge: Hon. Ajay S. Krishnan

Comments:

Penalties

Count One – Conspiracy to Commit Wire Fraud 18 U.S.C. § 1349
[HALL-GREENBERG, GREENBERG, and MORGAN]

- 20 years' imprisonment (18 U.S.C. § 1343)
- $250,000 fine (18 U.S.C. § 3571);
- 3 years Supervised Release; (Class C felony – 18 U.S.C. § 3583)
- $100 special assessment (18 U.S.C. § 3013).

Count Two Through Nine – Wire Fraud 18 U.S.C. § 1343
[HALL-GREENBERG, GREENBERG, and MORGAN]

- 20 years' imprisonment (18 U.S.C. § 1343)
- $250,000 fine (18 U.S.C. § 3571);
- 3 years Supervised Release; (Class C felony – 18 U.S.C. § 3583)
- $100 special assessment (18 U.S.C. § 301

Count Ten – Conspiracy to Commit Money Laundering 18 U.S.C. § 1956(h)
[HALL-GREENBERG and GREENBERG]

- 10 years' imprisonment (18 U.S.C. § 1956(h); 1957);
- $250,000 fine or twice the gross pecuniary loss or gain;
- 3 years of supervised release; (Class C felony – 18 U.S.C. § 3583);
- $100 special assessment (18 U.S.C. § 3013).

Counts Eleven through Fourteen –Engaging in Monetary Transactions of Criminally-Derived Property, and Aiding and Abetting Money Laundering 18 U.S.C. §§ 1957 and 2
[HALL-GREENBERG and GREENBERG]

- 10 years' imprisonment (18 U.S.C. § 1957);
- $250,000 fine or twice the gross pecuniary loss or gain (18 U.S.C. § 1957);
- 3 years of supervised release; (Class C felony – 18 U.S.C. § 3583);
- $100 special assessment (18 U.S.C. § 3013).