JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Megan HALL-GREENBERG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN HALL-GREENBERG,<br><br>Defendant. | NO.: CR 26-00427 AMO<br><br>**APPLICATION AND PROPOSED ORDER FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. §4285** |

Defendant MEGAN HALL-GREENBERG has been found to be indigent and to qualify for funding under the Criminal Justice Act. Defendant HALL-GREENBERG resides in the District of Oregon. She is scheduled to appear in the Northern District of California for arraignment on September 3, 2026.

Defendant hereby applies, pursuant to 18 U.S.C. § 4285, for travel expenses to attend the scheduled court appearance. Defendant applies for:

Transportation from the District of Oregon to the Northern District of California, in the form of:

(1) The U.S. Marshal arranging non-custodial transportation to appear before the required Court; or

(2) The necessary fare for transportation to the required Court, and

(3) An amount for subsistence expense to the destination, not to exceed the amount authorized by 5 U.S.C. § 5702(a).

DATED: August 28, 2026.

Respectfully submitted,

James Vaughns
JAMES PHILLIP VAUGHNS
Attorney for Megan HALL-GREENBERG

**[PROPOSED) ORDER**

For good cause shown and based on the defendant's application:

The court having jurisdiction over Defendant Megan Hall-Greenberg in the United States District Court for the Northern District of California in the above-noted case, and finding that the defendant is financially unable to provide the necessary transportation to appear before the above court,

**IT IS ORDERED** that the defendant appear before the above-named court on September 3, 2026.

**IT IS FURTHER ORDERED** that the United States Marshal shall:

Arrange for non-custodial one-way transportation to appear before the required court. (See 18 U.S.C. § 4285)

**AND/OR**

Furnish to the defendant the one-way for transportation to appear before the required court. (Note: Provision for round-trip fare is not authorized. See 18 U.S.C. § 4285)

**IT IS ALSO ORDERED** that the United States Marshal shall:

Furnish to the defendant an adequate amount of money for subsistence expense DURING TRAVEL to her destination, not to exceed the authorized per diem allowance under 5 U.S.C. § 5701(a)

**IT IS SO ORDERED.**

DATED:

HON. AJAY S. KRISHNAN
United States Magistrate Judge