JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Megan HALL-GREENBERG

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
DENIED
Ajay Krishnan
Judge Ajay S. Krishnan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN HALL-GREENBERG,<br><br>Defendant. | NO.: CR 26-00427 AMO-1<br><br>**ORDER DENYING APPLICATION FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. §4285** |

Defendant MEGAN HALL-GREENBERG has been found to be indigent and to qualify for funding under the Criminal Justice Act. Defendant HALL-GREENBERG resides in the District of Oregon. She is scheduled to appear in the Northern District of California for arraignment on September 3, 2026.

Defendant hereby applies, pursuant to 18 U.S.C. § 4285, for travel expenses to attend the scheduled court appearance. Defendant applies for:

Transportation from the District of Oregon to the Northern District of California, in the form of:

(1) The U.S. Marshal arranging non-custodial transportation to appear before the required Court; or

(2) The necessary fare for transportation to the required Court, and

(3) An amount for subsistence expense to the destination, not to exceed the amount authorized by 5 U.S.C. § 5702(a).

DATED: August 28, 2026.

Respectfully submitted,

James Vaughns

JAMES PHILLIP VAUGHNS
Attorney for Megan HALL-GREENBERG

**ORDER**

The Court denies this application for failure to make the showing required under 18 U.S.C. § 4285.

DATED: September 1, 2026

Ajay Krishnan

HON. AJAY KRISHNAN
United States Magistrate Judge