JAMES PHILLIP VAUGHNS, CSBN 124040
Law Offices of James P. Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, California 94611
Telephone: 510-583-9622
Fax: 510-735-8658
Email: vaughnslaw@aol.com

Counsel for Defendant
Megan Hall-Greenberg

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MEGAN HALL-GREENBERG,<br>Defendant. | No. CR 26-00427 AMO<br><br>**STIPULATION**<br><br>**Date: October 5, 2026**<br>**Time: 2:00 p.m.**<br>**Hon. Araceli MARTÍNEZ-OLGUÍN** |

The United States of America and the defendant Megan Hall-Greenberg stipulate that the defendant, Megan Hall-Greenberg is not required to appear at the status conference on October 5, 2026 and that the Court may excuse her presence. The status conference is not a crucial stage in the proceedings and Rule 43 of the Federal Rules of Criminal Procedure does not require the defendant to be present. The defendant has waived her right to appear.

DATED: September 24, 2026

*/s/ James Phillip Vaughns*
JAMES PHILLIP VAUGHNS
Attorney for Defendant HALL-GREENBERG

DATED: September 25, 2026

*/s/ Ivana Djak*
IVANA DJAK
Assistant United States Attorney

**IT IS HEREBY ORDERED:**

That defendant MEGAN HALL-GREENBERG's appearance at the October 5, 2026 Status Conference is hereby excused.

DATED: September 28, 2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge