CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID WARD
IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3918
FAX: (510) 637-3724
ivana.djak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN HALL-GREENBERG, HEATHER MORGAN, and JEFFREY GREENBERG<br><br>Defendants. | CASE NO. 26-CR-427 AMO<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 5, 2026, TO NOVEMBER 30, 2026 |

It is hereby stipulated by and between counsel for the United States and counsel for defendants Megal Hall-Greenberg, Heather Morgan, and Jeffrey Greenberg, that time be excluded under the Speedy Trial Act from October 5, 2026, through November 30, 2026. At the status conference held on October 5, 2026, the government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing discovery and discussing resolution of the case with the governments. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until November 30, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice are served by excluding the time from October

5, 2026, through November 30, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

IT IS SO STIPULATED.

DATED: October 13, 2026

/s/
DAVID WARD
IVANA DJAK
Assistant United States Attorney

DATED: October 13, 2026

/s/
JAMES P. VAUGHNS
Counsel for Defendant Megan Hall-Greenberg

DATED: October 13, 2026

/s/
AUGUST GUGELMANN
SIERRA DUGAN
Counsel for Defendant Heather Morgan

DATED: October 13, 2026

/s/
RON HOEVET
SHAFFY MOEEL
Counsel for Defendant Jeffrey Greenberg

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on October 5, 2026 and for good cause shown, the Court finds that failing to exclude the time from October 5, 2026, through November 30, 2026, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 5, 2026, through November 30, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 5, 2026, through November 30, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ____________________

____________________________________
HON. ARACELI MARTINEZ-OLGUIN
United States District Judge